# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Debra Rupick,
Plaintiff(s),

v.

Martin O'Malley,
Acting Commissioner of Social Security

Defendant(s).

Case No. 1:22-cv-00707
Judge Beth W. Jantz

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s)

☒ other: Judgment is hereby entered in favor Plaintiff, Debra Rupick, and against Kilolo Kijakazi, Acting Commissioner of Social Security Administration. The ALJ's decision is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Social Security Administration for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Beth W. Jantz on Motion for Summary Judgment

Date:  3/15/2024

Thomas G. Bruton, Clerk of Court
Anthony J. Squillante, Deputy Clerk